IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Lance, David

Printed: 03/17/09

Case Number: 04 B 17143
Judge: Hollis, Pamela S
Filed: 4/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 9, 2009
Confirmed: July 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,480.00 |  |
| Secured: |  | 2,472.25 |
| Unsecured: |  | 2,056.90 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,555.20 |
| Trustee Fee: |  | 378.55 |
| Other Funds: |  | 17.10 |
| Totals: | 7,480.00 | 7,480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,555.20 | 2,555.20 |
| 2. | FNGY Inc | Secured | 0.00 | 0.00 |
| 3. | Overland Bond & Investment Corp | Secured | 2,472.25 | 2,472.25 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 829.00 | 829.00 |
| 5. | Overland Bond & Investment Corp | Unsecured | 1,227.90 | 1,227.90 |
| 6. | Michael Reese Hospital And Medical Cntr | Unsecured |  | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 8. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 9. | Heilig-Meyers | Unsecured |  | No Claim Filed |
| 10. | Mercy Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,084.35 | $ 7,084.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 24.00 |
| 6.5% | 89.00 |
| 3% | 24.00 |
| 5.5% | 77.00 |
| 5% | 20.00 |
| 4.8% | 38.40 |
| 5.4% | 75.60 |
| 6.6% | 30.55 |
|  | $ 378.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lance, David | Case Number: 04 B 17143 |
| | Judge: Hollis, Pamela S |
| Printed: 03/17/09 | Filed: 4/30/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*